UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

In re:   Denise J. Mattei

STATEMENT PURSUANT TO
LOCAL RULE 2017-1

Debtor.

---------------------------------------------------------------- X

I, KEVIN B. ZAZZERA, an attorney admitted to practice in the United States District Court, Eastern District of New York sates the following:

1. I am the attorney for the above-captioned Debtor and am fully familiar with the facts herein.

2. That prior to the filing of the Petition herein, I rendered the following service to the above-named Debtor:

> (a) January 10, 2017, initial interview, analysis, 1.5 hours;
> (b) February 22, 2017, preparation of Petition and all Schedules in draft, 2.5 hours;
> (c) March 10, 2017, typing by secretary of all Petitions and Schedules, 2 hours;
> (d) March 28, 2017, reviewed all Petition Schedules with Petitioner, 1.5 hours;
> (e) March 29, 2017 reviewed corrected Schedules with Petitioner and same were executed, 1.5 hours;
> (f) Anticipated time in Court.

3. I will represent the Debtor at the first meeting of creditors.

4. All services rendered prior to the filing of the Petition herein were rendered by my office.

5. That my usual rate of compensation of a bankruptcy matter of this type is $375.00 per hour and secretarial time is $75.00 per hour.

Dated:   Staten Island, New York
         March 29, 2017

_____
KEVIN B. ZAZZERA ( KZ 3593)