| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / FVF 21166733 | 01/ | 2997383 | 1 of 1 |

Kevin B Zazzera
Attorney At Law
182 Rose Avenue
Staten Island, NY 10306

# Earnings Statement

**ADP**

Period Starting:  12/31/2016
Period Ending:   01/13/2017
Pay Date:        01/13/2017

Business Phone:  718-987-2700

Taxable Marital Status:  Single
Exemptions/Allowances:      Tax Override:
  Federal:  0                Federal:
  State:    0                State:
  Local:    0                Local:
Social Security Number:  XXX-XX-XXXX

**Denise Mattei**
**377 Adelaide Avenue**
**Staten Island, NY 10306**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2025.00 | 2025.00 |
| **Gross Pay** | | | **$2,025.00** | $2,025.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -320.24 | 320.24 |
| Social Security | -125.55 | 125.55 |
| Medicare | -29.36 | 29.36 |
| New York State Income | -99.24 | 99.24 |
| New York City R Local | -62.28 | 62.28 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 1.20 |

| **Net Pay** | **$1,387.13** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3446 | XXXXXXXXX | 1387.13 |

Your federal taxable wages this period are $2,025.00

▼ TEAR HERE

© 1998, 2006, ADP, LLC All Rights Reserved

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Kevin B Zazzera
Attorney At Law
182 Rose Avenue
Staten Island, NY 10306

Pay Date:  01/13/2017

**Deposited to the account**
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3446 | XXXXXXXXX | 1387.13 |

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / FVF 21166733 | 01/ | 3029594 | 1 of 1 |

Kevin B Zazzera
Attorney At Law
182 Rose Avenue
Staten Island, NY 10306

## Earnings Statement

**ADP**

Period Starting: 01/14/2017
Period Ending: 01/27/2017
Pay Date: 01/27/2017

Business Phone: 718-987-2700

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
    Federal: 0             Federal:
    State: 0               State:
    Local: 0               Local:
Social Security Number: XXX-XX-XXXX

**Denise Mattei**
**377 Adelaide Avenue**
**Staten Island, NY 10306**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 2025.00 | 4050.00 |
| **Gross Pay** |  |  | **$2,025.00** | **$4,050.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -320.24 | 640.48 |
| Social Security | -125.55 | 251.10 |
| Medicare | -29.37 | 58.73 |
| New York State Income | -99.24 | 198.48 |
| New York City R Local | -62.28 | 124.56 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 2.40 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3446 | XXXXXXXXX | 1387.12 |

**Net Pay** $1,387.12

Your federal taxable wages this period are $2,025.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Kevin B Zazzera
Attorney At Law
182 Rose Avenue
Staten Island, NY 10306

Pay Date: 01/27/2017

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3446 | XXXXXXXXX | 1387.12 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / FVF 21166733 | 01/ | 3063583 | 1 of 1 |

Kevin B Zazzera
Attorney At Law
182 Rose Avenue
Staten Island, NY 10306

## Earnings Statement

**ADP**

Period Starting: 01/28/2017
Period Ending: 02/10/2017
Pay Date: 02/10/2017

Business Phone: 718-987-2700

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal: 0                Federal:
  State:   0                State:
  Local:   0                Local:
Social Security Number: XXX-XX-XXXX

**Denise Mattei**
**377 Adelaide Avenue**
**Staten Island, NY 10306**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2025.00 | 6075.00 |
| **Gross Pay** | | | **$2,025.00** | **$6,075.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -320.24 | 960.72 |
| Social Security | -125.55 | 376.65 |
| Medicare | -29.36 | 88.09 |
| New York State Income | -99.24 | 297.72 |
| New York City R Local | -62.28 | 186.84 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 3.60 |

| **Net Pay** | **$1,387.13** | |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3446 | XXXXXXXXX | 1387.13 |

Your federal taxable wages this period are $2,025.00

© 1998, 2006, ADP, LLC. All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Kevin B Zazzera
Attorney At Law
182 Rose Avenue
Staten Island, NY 10306

Pay Date: 02/10/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3446 | XXXXXXXXX | 1387.13 |

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

| Company Code<br>RX / FVF 21166733 | Loc/Dept<br>01/ | Number<br>3096769 | Page<br>1 of 1 | Earnings Statement |  |
|---|---|---|---|---|---|

Kevin B Zazzera
Attorney At Law
182 Rose Avenue
Staten Island, NY 10306

Period Starting: 02/11/2017
Period Ending: 02/24/2017
Pay Date: 02/24/2017

Business Phone: 718-987-2700

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
    Federal:    0               Federal:
    State:      0               State:
    Local:      0               Local:
Social Security Number: XXX-XX-XXXX

**Denise Mattei**
**377 Adelaide Avenue**
**Staten Island, NY 10306**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 2025.00 | 8100.00 |
| **Gross Pay** |  |  | **$2,025.00** | **$8,100.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -320.24 | 1280.96 |
| Social Security | -125.55 | 502.20 |
| Medicare | -29.36 | 117.45 |
| New York State Income | -99.24 | 396.96 |
| New York City R Local | -62.28 | 249.12 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 4.80 |

| **Net Pay** | **$1,387.13** |
|---|---|

| Deposits<br>account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3446 | XXXXXXXXX | 1387.13 |

Your federal taxable wages this period are $2,025.00

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Kevin B Zazzera
Attorney At Law
182 Rose Avenue
Staten Island, NY 10306

Pay Date: 02/24/2017

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3446 | XXXXXXXXX | 1387.13 |

VOID — THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / FVF 21166733 | 01/ | 3130462 | 1 of 1 |

Kevin B Zazzera
Attorney At Law
182 Rose Avenue
Staten Island, NY 10306

## Earnings Statement

**ADP**

Period Starting:  02/25/2017
Period Ending:    03/10/2017
Pay Date:         03/10/2017

Business Phone:   718-987-2700

Taxable Marital Status:    Single
Exemptions/Allowances:     Tax Override:
  Federal:    0              Federal:
  State:      0              State:
  Local:      0              Local:
Social Security Number:    XXX-XX-XXXX

**Denise Mattei
377 Adelaide Avenue
Staten Island, NY 10306**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2025.00 | 10125.00 |
| Gross Pay | | | $2,025.00 | $10,125.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -320.24 | 1601.20 |
| Social Security | -125.55 | 627.75 |
| Medicare | -29.36 | 146.81 |
| New York State Income | -99.24 | 496.20 |
| New York City R Local | -62.28 | 311.40 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 6.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3446 | XXXXXXXXX | 1387.13 |

**Net Pay**    $1,387.13

Your federal taxable wages this period are $2,025.00

** VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM **

Kevin B Zazzera
Attorney At Law
182 Rose Avenue
Staten Island, NY 10306

**Pay Date:**    03/10/2017

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3446 | XXXXXXXXX | 1387.13 |

| Employer: | Adrew Pappas, Attorney at Law |
|---|---|
| | 182 Rose Avenue |
| | Staten Island, NY 10306 |
| | (718) 980-5100 |

EIN: 20-2633326

| Employee: | Denise J. Mattei (xxx-xx-6208) |
|---|---|

YEAR: 2017

**Pay period**

| from | to | gross wages | federal | social security | medicare | state | city/local | NET Wages |
|---|---|---|---|---|---|---|---|---|
| 1/2/17 | 1/6/17 | $ 216.00 | $ 25.00 | $ 13.39 | $ 3.13 | $ 10.00 | $ 4.48 | $ 160.00 |
| 1/9/17 | 1/13/17 | $ 216.00 | $ 25.00 | $ 13.39 | $ 3.13 | $ 10.00 | $ 4.48 | $ 160.00 |
| 1/16/17 | 1/20/17 | $ 216.00 | $ 25.00 | $ 13.39 | $ 3.13 | $ 10.00 | $ 4.48 | $ 160.00 |
| 1/23/17 | 1/27/17 | $ 216.00 | $ 25.00 | $ 13.39 | $ 3.13 | $ 10.00 | $ 4.48 | $ 160.00 |
| 1/30/17 | 2/3/17 | $ 216.00 | $ 25.00 | $ 13.39 | $ 3.13 | $ 10.00 | $ 4.48 | $ 160.00 |
| 2/6/17 | 2/10/17 | $ 216.00 | $ 25.00 | $ 13.39 | $ 3.13 | $ 10.00 | $ 4.48 | $ 160.00 |
| 2/13/17 | 2/17/17 | $ 216.00 | $ 25.00 | $ 13.39 | $ 3.13 | $ 10.00 | $ 4.48 | $ 160.00 |
| 2/20/17 | 2/24/17 | $ 216.00 | $ 25.00 | $ 13.39 | $ 3.13 | $ 10.00 | $ 4.48 | $ 160.00 |
| 2/27/17 | 3/3/17 | $ 216.00 | $ 25.00 | $ 13.39 | $ 3.13 | $ 10.00 | $ 4.48 | $ 160.00 |

_____
Andrew Pappas



**Check #4870**
THE LAW FIRM OF ANDREW PAPPAS, PC
182 ROSE AVENUE
STATEN ISLAND, NY 10306
DATE: January 6, 2017
PAY TO THE ORDER OF: Denise Maffei
$160.00
One Hundred Sixty
Santander Bank, N.A.
VOID

1/2 to 1/6/2017

**Check #4883**
THE LAW FIRM OF ANDREW PAPPAS, PC
182 ROSE AVENUE
STATEN ISLAND, NY 10306
DATE: January 13, 2017
PAY TO THE ORDER OF: Denise Maffei
$160.00
One Hundred Sixty
Santander Bank, N.A.
VOID

1/9/17 - 1/13/17

**Check #4877**
THE LAW FIRM OF ANDREW PAPPAS, PC
182 ROSE AVENUE
STATEN ISLAND, NY 10306
DATE: January 20, 2017
PAY TO THE ORDER OF: Denise Maffei
$160.00
One Hundred Sixty
Santander Bank, N.A.
VOID

1/16/17 to 1/20/17

1/23/17 to 1/27/17

**Check #4888**
THE LAW FIRM OF ANDREW PAPPAS, PC
182 ROSE AVENUE
STATEN ISLAND, NY 10306
DATE: January 30, 2017
PAY TO THE ORDER OF: Denise Maffei
$160.00
One Hundred Sixty
Santander Bank, N.A.
VOID