```
                             United States Bankruptcy Court
                              Eastern District of New York

In re:                                                              Case No. 17-41486-ess
Denise J Mattei                                                     Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0207-1           User: admin                 Page 1 of 2          Date Rcvd: Jul 06, 2017
                               Form ID: 318DF7             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
db              Denise J Mattei,    377 Adelaide Ave,    Staten Island, NY 10306-5329
smg             NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3719
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
8990867         Capital One NA,    PO Box 30258,    Salt Lake City, UT 84130-0258
8990868         Capital One Visa,    PO Box 71087,    Charlotte, NC 28272-1087
8990869         Citibank/the Home Depot,    PO Box 790040St,    Louis, MO 63129
8990878         Dr Leonards/carol Wrig,    1515 S 21st St,    Clinton, IA 52732-6676
8990881         Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
8990882         Midland Funding - WEBBANK,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
9013982        +New York City Water Board,    Andrew Rettig,    Assistant Counsel,    59-17 Junction Boulevard,
                 Elmhurst, NY 11373-5188
8990885         Portfolio Recovery Assoc.-METABANK,    PO Box 41067,    Norfolk, VA 23541-1067
8990887         Ross-Simons,    PO Box 105658,    Atlanta, GA 30348-5658
8990888         SKO Brenner American Inc,    40 Daniel St,    Farmingdale, NY 11735-1308
8990897       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                 Frederick, MD 21701-4747)
9001710        +Wells Fargo Bank, N.A.,    Frankel Lambert Weiss, et al,    53 Gibson Street,
                 Bay Shore, NY 11706-8369

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jul 06 2017 18:42:58
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jul 06 2017 18:41:42
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8990862         EDI: TSYS2.COM Jul 06 2017 18:38:00      Barclays Bank Delaware,    PO Box 8801,
                 Wilmington, DE 19899-8801
8990863         EDI: TSYS2.COM Jul 06 2017 18:38:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
8990864         EDI: CAPITALONE.COM Jul 06 2017 18:38:00      Cap One NA,    PO Box 26625,
                 Richmond, VA 23261-6625
8990865         EDI: CAPITALONE.COM Jul 06 2017 18:38:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
8990866         EDI: CAPITALONE.COM Jul 06 2017 18:38:00      Capital One Bank USA N,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
8990870         EDI: WFNNB.COM Jul 06 2017 18:38:00      Comenity Bank Jessica London,    PO Box 659728,
                 San Antonio, TX 78265-9728
8990871         EDI: WFNNB.COM Jul 06 2017 18:38:00      Comenity Bank/Anniesez,    PO Box 182125,
                 Columbus, OH 43218-2125
8990872         EDI: WFNNB.COM Jul 06 2017 18:38:00      Comenity Bank/Anniesez,    995 W 122nd Ave,
                 Westminster, CO 80234-3417
8990874         EDI: WFNNB.COM Jul 06 2017 18:38:00      Comenity Bank/Roamans,    PO Box 182125,
                 Columbus, OH 43218-2125
8990873         EDI: WFNNB.COM Jul 06 2017 18:38:00      Comenity Bank/Roamans,    8035 Quivira Rd,
                 Lenexa, KS 66215-2746
8990876         EDI: WFNNB.COM Jul 06 2017 18:38:00      Comenity Capital/Jjill,    PO Box 182125,
                 Columbus, OH 43218-2125
8990875         EDI: WFNNB.COM Jul 06 2017 18:38:00      Comenity Capital/Jjill,    995 W 122nd Ave,
                 Westminster, CO 80234-3417
8990877         EDI: RCSDELL.COM Jul 06 2017 18:38:00      DELL PREFERRED ACCOUNT,    PO Box 6403,
                 Carol Stream, IL 60197-6403
8990879         EDI: MERRICKBANK.COM Jul 06 2017 18:38:00      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
8990880         EDI: MERRICKBANK.COM Jul 06 2017 18:38:00      Merrick Bank/Geico Card,    PO Box 23356,
                 Pittsburgh, PA 15222-6356
8990886         EDI: PRA.COM Jul 06 2017 18:38:00      Portfolio Recovery- Citibank N A,    PO Box 41067,
                 Norfolk, VA 23541-1067
8990891         EDI: RMSC.COM Jul 06 2017 18:38:00      Syncb/Walmart,    PO Box 965024,    El Paso, TX 79998
8990889         EDI: RMSC.COM Jul 06 2017 18:38:00      Syncb/amazon,    PO Box 965015,    Orlando, FL 32896-5015
8990890         EDI: RMSC.COM Jul 06 2017 18:38:00      Syncb/paypal Smart Con,    PO Box 965005,
                 Orlando, FL 32896-5005
8990892         EDI: RMSC.COM Jul 06 2017 18:38:00      Synchrony Bank/Amazon,    PO Box 965064,
                 Orlando, FL 32896-5064
8990894         EDI: RMSC.COM Jul 06 2017 18:38:00      Synchrony Bank/Paypal Cr,    PO Box 965064,
                 Orlando, FL 32896-5064
8990895         EDI: RMSC.COM Jul 06 2017 18:38:00      Synchrony Bank/Walmart,    PO Box 965064,
                 Orlando, FL 32896-5064
8990893         EDI: RMSC.COM Jul 06 2017 18:38:00      Synchrony Bank/care credit,    PO Box 960061,
                 Orlando, FL 32896-0061
```

```
District/off: 0207-1           User: admin              Page 2 of 2             Date Rcvd: Jul 06, 2017
                               Form ID: 318DF7          Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
8990896          EDI: CITICORP.COM Jul 06 2017 18:38:00      Thd/Cbna,    PO Box 6497,
                 Sioux Falls, SD  57117-6497
8990898          EDI: WFFC.COM Jul 06 2017 18:38:00      Wells Fargo Home Mortgage,    PO Box 10335,
                 Des Moines, IA  50306-0335
                                                                                              TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8990883         ##Portfolio Rc,    287 Independence Blvd,    Virginia Beach, VA  23462-2962
8990884         ##Portfolio Recovery Ass,    287 Independence Blvd,    Virginia Beach, VA  23462-2962
                                                                                    TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
              Alan Nisselson     anisselson@windelsmarx.com,
               theston@windelsmarx.com;ahollander@windelsmarx.com;n159@ecfcbis.com;jryan@windelsmarx.com
              Kevin B Zazzera     on behalf of Debtor Denise J Mattei kzazz007@yahoo.com
              Michelle C Marans     on behalf of Creditor    Wells Fargo Bank N.A. MMarans@flwlaw.com,
               jspiegelman@flwlaw.com;plamberti@flwlaw.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                               TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Denise J Mattei** | Social Security number or ITIN   **xxx–xx–6208** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | | |
| Case number:   **1–17–41486–ess** | | Chapter:   **7** |

# Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

   Denise J Mattei

**IT IS FURTHER ORDERED**:

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: July 6, 2017

s/ Elizabeth S. Stong
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Official Form 318DF7     **Chapter 7 Order of Discharge and Final Decree**     page 1

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318DF7        **Chapter 7 Order of Discharge and Final Decree**        page 2